**ATTACHMENT A**

The Defendant Anaheim Motel is titled in the name of Western Investment Corporation, is located at 620 W. Orangewood Ave., Anaheim, California, 92802, bears Assessor Parcel Number 137-124-29, and is described as follows:

Those portions of the Northeast quarter of the Southwest quarter of Section 27, Township 4 South, Range 10 West, in the Rancho San Juan Cajon de Santa Ana and Las Bolsas, in the City of Anaheim, County of Orange, State of California, as shown on a Map recorded in Book 51, Page 10 of the Miscellaneous Maps, Records of Orange County, California, described as follows:

Beginning at the intersection of the northerly prolongation of the East line of Tract 3267, as shown on a Map thereof, recorded in Book 102, Pages 41 and 42 of Miscellaneous Maps, Records of Orange County, with the centerline of Orangewood Avenue, as shown on said Map; thence easterly along said centerline 146.98 feet to a line which is parallel with and distant 210 feet west, measured at right angles from the centerline of Harbor Boulevard, as shown on said Map; thence southerly along said parallel line to a line which is parallel with and 340 feet south, measured at right angles from said centerline of Orangewood Avenue; thence west along the last mentioned parallel line to the east line of said Tract 3267; thence northerly along said East line to the point of beginning.