**ATTACHMENT B**

The Defendant Covina Real Property is titled in the name of Western Ventures Management, Inc., is located at 19545 E. Cienega Ave., Covina, California, 91724, bears Assessor Parcel Number 8404-002-029, and includes all that certain real property in the County of Los Angeles, State of California, and is described as follows:

That portion of lot 24 of Tract No. 19624, in the County of Los Angeles, State of California, as per Map recorded in Book 502 Page(s) 9 and 10 of Maps, in the Office of the County Recorder of said County.

Beginning at the Southwest corner of said lot 24, thence along the North line of Cienega Avenue, as shown on said Map south 89° 59' 30" east 83.95 feet to the Westerly line of the land described in the deed to Leonard C. Brown and Wife, recorded on October 26, 1960 as Instrument No. 880, in Book D1016, Page(s) 920, Official Records of said County, thence along the Westerly line of said land described in the deed to Brown, North 0° 09' 55" west 260 feet to the Northerly line of said lot; thence along the Northerly line of said lot North 89° 59' 30" feet to the Northwest corner of said lot; thence along the Westerly line of said lot South 0° 09' 55" east 260 feet to the point of beginning.