**ATTACHMENT C**

The Defendant Irvine House is titled in the name of Ana Marie D. Lim, is located at 32 Wedgewood, Irvine, California, 92620, bears Assessor Parcel Number 530-301-60, and is described as follows:

Parcel No. 1: (Phase 5)

Lot(s) 11 of Tract No. 15172, in the City of Irvine, County of Orange, State of California as shown on a Map recorded in Book 739, Page(s) 38 to 40, inclusive, of Miscellaneous Maps, in the Office of the Orange County, California.

Except therefrom all oil, gas, minerals and other hydrocarbon substances lying below the surface of said land, but without the right of surface entry, as reserved or granted in documents of record.

Parcel No. 2:

Nonexclusive easements for access, ingress and egress for use, maintenance, repair, replacement, drainage, encroachment, support and for other purposes, as described in the declaration of covenants, conditions and restrictions and reservations of easements for Meadowood Maintenance Association recorded on June 20, 1995, as Instrument No. 95-0261040, and the supplemental declaration of covenants, conditions and restrictions and

reservations for Meadowood Maintenance Association (Delegate District No. 7/Phase 5, Tract 15172) recorded on August 15, 1996, as Instrument No. 96-0419059, the Declaration of Covenants, conditions and restrictions and reservations of easements for Canyonwood recorded July 12, 1995 as Instrument No. 95-0296532, official records, the notice of annexation and supplemental declaration of covenants, conditions and restrictions and reservation of easements for Canyonwood (Lexington-Phase 5, Tract No. 15172) recorded on August 15, 1996, as instrument No. 95-0211939, all recorded in official records of Orange County, California, and all hereinafter collectively referred to as the "Declarations."